UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD H. ROBSON,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>  Defendant. | Case No.15-cv-03652-NC<br><br>**ORDER OF SERVICE** |

A federal court must engage in a preliminary screening of any complaint filed by a pro se plaintiff to ensure the complaint is not frivolous, states a claim, and does not seek monetary relief against a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2). Pro se pleadings must be liberally construed. *Balistreri v. Pacifica Police Dep't*, 901 F.2d 696, 699 (9th Cir. 1990). Upon review of Robson's allegations, the Court finds that, liberally construed, Robson has stated a claim to appeal the Social Security Administration's denial of his social security benefits.

The clerk of the court shall mail a Notice of Lawsuit and Request for Waiver of Service of Summons, two copies of the Waiver of Service of Summons, a copy of the complaint and all attachments thereto, a magistrate judge consent form, and a copy of this order to Social Security Administration, Office of the General Counsel, 160 Spear Street Suite 800, San Francisco, CA 94105. The clerk of the court shall also mail a courtesy copy of the complaint and a copy of this order to the U.S. Attorney's Office in San Francisco.
Case No.:15-cv-03652-NC

Additionally, the clerk shall mail a copy of this order to Plaintiff.

Defendant is cautioned that Rule 4 of the Federal Rules of Civil Procedure requires them to cooperate in saving unnecessary costs of service of the summons and complaint. Pursuant to Rule 4, if Defendant, after being notified of this action and asked by the court, on behalf of Plaintiff, to waive service of the summons, fails to do so, they will be required to bear the cost of such service unless good cause be shown for their failure to sign and return the waiver form. If service is waived, this action will proceed as if Defendant had been served on the date that the waiver is filed, and Defendant will not be required to serve and file an answer before **sixty (60) days** from the date on which the request for waiver was sent. Defendant is asked to read the statement set forth at the bottom of the waiver form that more completely describes the duties of the parties with regard to waiver of service of the summons. If service is waived after the date provided in the Notice but before Defendant has been personally served, the Answer shall be due **sixty (60) days** from the date on which the request for waiver was sent or **twenty (20) days** from the date the waiver form is filed, whichever is later.

**IT IS SO ORDERED.**

Dated: September 22, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:15-cv-03652-NC                    2